IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Niquitta Legree, ) | C/A No. 3:19-cv-00871-SAL-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **OPINION & ORDER** |
| Hammett Clinic, LLC d/b/a The Hammett ) | |
| Clinic; David Hammett; Avra Hammett; ) | |
| Physician Services of South Carolina, ) | |
| LLC d/b/a Physician Services USA ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court for review of the June 26, 2020 Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III (the "Report"), made in accordance with 28 U.S.C. § 636(b)(1)(A), (B) and Local Civil Rule 73.02(B)(2)(g) (D.S.C.). In the Report, the Magistrate Judge recommends that this court grant Defendant Physician Services of South Carolina, LLC d/b/a Physician Services USA's motion to dismiss, ECF No. 40. Plaintiff Niquitta Legree did not oppose the motion and did not file objections to the Report. Additionally, the time for filing objections has lapsed.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

1

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, Defendant Physician Services of South Carolina, LLC d/b/a Physician Services USA's motion to dismiss, ECF No. 40, is **GRANTED**, and it is **DISMISSED** from the action **WITH PREJUDICE.**

    **IT IS SO ORDERED.**

/s/ Sherri A. Lydon
United States District Judge

July 20, 2020
Florence, South Carolina